McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *Jonathan.Carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *Cheryl.Grames@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *Stacy.Norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

*Attorneys for Defendant CSAA INSURANCE SERVICE, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AN TRAN, an individual;<br><br>             Plaintiff,<br><br>      v.<br><br>CSAA INSURANCE SERVICES, INC. dba AAA INSURANCE, a Foreign Corporation; DOES I-X;<br><br>             Defendants. | Case No. 2:22-cv-02131-JAD-DJA<br><br>**MOTION TO SUBSTITUTE ATTORNEY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that **effective immediately**, the responsible attorneys on this file for Defendant CSAA INSURANCE SERVICES, INC. are **Jonathan W. Carlson, Cheryl A. Grames,** and **Stacy Norris**.  Please address all correspondence, pleadings, and discovery to the attention of **Jonathan W. Carlson, Cheryl A. Grames**, and **Stacy Norris** at McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 8337 West Sunset Road, Suite 350, Las Vegas, NV 89113.

PLEASE TAKE FURTHER NOTICE that effective immediately, Frank A. Toddre, II, representing Defendant CSAA INSURANCE SERVICES, INC., is no longer counsel of record for

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-02131-JAD-DJA

MOTION TO SUBSTITUTE ATTORNEY

any party in this litigation. As such, Frank A. Toddre, II should be removed from the service list for this case.

Dated: April 13, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Cheryl A. Grames*
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Stacy Norris
Nevada Bar No. 15445
*Attorneys for Defendant CSAA INSURANCE SERVICE, INC.*

**IT IS SO ORDERED**.

DATED: April 17, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRAE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2023, a true and correct copy of **MOTION TO SUBSTITUTE ATTORNEY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Susan Kingsbury*
an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

9049364.1