McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant CSAA INSURANCE
SERVICE, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AN TRAN, an individual;<br><br>    Plaintiff,<br><br>  v.<br><br>CSAA INSURANCE SERVICES, INC. dba AAA INSURANCE, a Foreign Corporation; DOES I-X;<br><br>    Defendants. | Case No. 2:22-cv-02131-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 28, 29 |

  IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-02131-JAD-DJA

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Each party will bear their own costs and attorneys' fees.

Dated:  September 20th, 2023

MICHAEL T. HUA LAW

By _____

Mike H.T. Nguyen, Nevada Bar No. 12055
6145 w. Spring Mountain Rd. #201
Las Vegas, Nevada 89146
Attorney for Plaintiff

Dated:  September 21st 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:   /s/Jonathan W. Carlson
_____
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Stacy Norris
Nevada Bar No. 15445
Attorneys for Defendant CSAA INSURANCE
SERVICE, INC.

## ORDER

Based on the parties' stipulation [ECF Nos. 28, 29] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 3, 2023

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                                    Case No. 2:22-cv-02131-JAD-DJA
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE